**Don MCKINNEY, Plaintiff—Appellant,**

v.

**Don EARLS, Defendant—Appellee.**

**No. 04–1837.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 16, 2005.

Don McKinney, Appellant pro se.

Jeffrey Allan Sturgill, Sturgill, Mullins & Kennedy, Wise, Virginia, for Appellee.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Don McKinney appeals the district court's order dismissing his civil action for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McKinney v. Earls,* No. CA–03–153–2 (W.D.Va. June 26, 2004). We deny McKinney's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*